# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA SEATTLE

ALICIA J. BENSON,

                        Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

**Case No. 2:24-cv-00908-LK**

**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

It is hereby ORDERED that fees ^pursuant to the parties' stipulation, *see* Dkt. No. 23 at 1, in the amount of $7,832.14 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $7,832.14 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office.

The Court finds that the award of fees is appropriate considering the factors in 28 U.S.C. § 2412 and reasonable in light of the applicable statutory maximum hourly rates adjusted for increases in the cost of living, *id.* § 241(d)(2)(A); *see also* Ninth Circuit, *Statutory Maximum Rates Under the Equal Access to Justice Act*, https://www.ca9.uscourts.gov/attorneys/statutory-maximum-rates/ (last visited Feb. 4, 2026).

IT IS SO ORDERED.

DATED this 4th day of February 2026.

*Lauren King*

Judge Lauren King
United States District Court Judge

ORDER FOR FEES UNDER EAJA - 1
[2:24-CV-00908-LK]